```
                 UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF
                       MASSACHUSETTS
```

| | |
|---|---|
| David Anderson<br><br>              Plaintiff,<br>v.<br><br>DXC Technology Services, LLC, et al<br>              Defendants. | CIVIL ACTION NO. 1:19-cv-12283-PBS |

**SETTLEMENT ORDER OF DISMISSAL**

SARIS, D.J

    The Court having been advised on December 7, 2020, by the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

12/8/2020                                           By the Court,
Date
                                                    /s/ Casey Baker
                                                    Deputy Clerk