IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:19-cv-12283-PBS |
| | ) | |
| COMPUTER SCIENCES | ) | |
| CORPORATION, DXC TECHNOLOGY | ) | |
| SERVICES LLC, | ) | |
| H.C. CHARLES DIAO, and | ) | |
| JOHN MICHAEL LAWRIE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION TO RESTORE TO DOCKET**

Plaintiff David Anderson hereby represents to the court that the parties have failed to effectuate their settlement agreement. Plaintiff hereby asks the court to restore the matter to docket. Plaintiff requests a status conference.

Respectfully submitted,
Plaintiff
By his Attorney


/s/ John L. Fink
John Fink BBO 683290
SIMS & SIMS, LLP
53 Arlington Street
Brockton, MA 02301
Tel. (508) 588-6900
Fax (508) 586-3320

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served this day via the Electronic Case Filing System upon all counsel of record.

                                                         */s/ John L. Fink*

                                  Certification I have raised the issue with Defense counsel on several occasions and emailed them Friday. They have failed to get back to me and they are in a timezone I understand to be considerably different.